**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2093**

_____

GLENN S. MILLSAPS, JR.,

Plaintiff - Appellant,

v.

DANNY LILES, Employee of the Wilson Security Company; RON HILLARD, Deputy Employed by the Iredell County Sheriff's Office,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:22-cv-00095-KDB-DCK)

_____

Submitted:  March 12, 2026                              Decided:  March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Glenn S. Millsaps, Jr., Appellant Pro Se.  Joseph Walker Fulton, MARTINEAU KING PLLC, Charlotte, North Carolina; Bradley O. Wood, WOMBLE BOND DICKINSON LLP, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glen S. Millsaps, Jr., appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Millsaps v. Liles*, No. 5:22-cv-00095-KDB-DCK (W.D.N.C. Aug. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*